# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                               **Case Number**   14–36863–KRH
                                                                                     **Chapter**   13

Cherie Laqun Scott

                                    Debtor(s)

### NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*                            Cherie Laqun Scott, PO Box 144
                                            Skippers, VA 23879

           *Attorney for Debtor(s)*       Stephen F. Relyea, Boleman Law Firm, P.C.
                                            PO Box 11588
                                            Richmond, VA 23230

           *Trustee*                                Suzanne E. Wade, P.O. Box 1780
                                            Richmond, VA 23218–1780

           *United States Trustee*       701 East Broad Street, Suite 4304, Richmond, VA, 23219

The automatic dismissal of the above–referenced case having been suspended pursuant to Local Bankruptcy Rule 1017–3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* March 4, 2015
*Time:* 11:30 AM
*Location:* Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*20* – Certification of U.S. Trustee Pursuant to Local Rule 2003–1(B). It is hereby certified that either the debtor or the debtor's counsel has not appeared at the scheduled Section 341 meeting held February 12, 2015. Further note that it does not appear that there will be assets available for distribution to creditors. Filed by Shannon Franklin Pecoraro of Office of the U.S. Trustee on behalf of Judy A. Robbins 11. (Pecoraro, Shannon)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

Dated:   February 13, 2015                  William C. Redden, Clerk
                                                   United States Bankruptcy Court

                                                   By: /s/Cindy Baumgartner, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Cherie Laqun Scott  
       Debtor

Case No. 14-36863-KRH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: baumgartn     Page 1 of 1     Date Rcvd: Feb 13, 2015  
                   Form ID: showcaus     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2015.  
db          +Cherie Laqun Scott,    PO Box 144,    Skippers, VA 23879-0144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2015 at the address(es) listed below:  
         Amanda Erin DeBerry    on behalf of Debtor Cherie Laqun Scott ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com  
         Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov  
         Stephen F. Relyea    on behalf of Debtor Cherie Laqun Scott ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com;sfrelyea@bolemanlaw.com  
         Suzanne E. Wade    station08@ricva.net, ecfsummary@ricva.net  
         Trevor Brooks Reid    on behalf of Creditor   Elizabeth Building and Loan Association, Incorporated treid@parkerpollard.com, sscarce@parkerpollard.com;myoder@parkerpollard.com  
                                                             TOTAL: 5